JS 45 (1/96)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**                                      **Place of Offense**        **Matter to be Sealed**
☒ Western          ☐ St. Joseph        *Jackson*           ☐ Secret Indictment
☐ Central          ☐ Southern          ✓County             ☐ Juvenile
☐ Southwestern

**Defendant Information**
Defendant Name     NORBERTO TORRES ALVERADO
Alias Name         AKA "Roberto"
Birthdate          6/6/58

**Related Case Information**
Superseding Indictment/Information     ☒Yes ☐No *if yes, original case number* OO-00199-01-cR-
New Defendant                          ☐Yes ☒No                                            W-S
Prior Complaint Case Number, if any_____

**U.S. Attorney Information**
AUSA          Connaury

**Interpreter Needed**
☐  Yes          Language and/or dialect          _____
☒  No

**Location Status**
Arrest Date    4/17/00
☒   Currently in Federal Custody
☐   Currently in State Custody          Writ Required ☐ Yes ☒ No
☐   Currently on bond

**U.S.C. Citations**
Total # of Counts    /

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|-----|------------------------------|-------------------------------|----------|
| 1 | 21:846 =4D. F/6701/4 | Conspiracy To Distribute Marijuana | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

*(May be continued on reverse)*

Date    06/12/00          Signature of AUSA _____

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8· | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | Case 4:00-cr-00199-NKL    Document 20-1    Filed 06/13/00    Page 2 of 2 | | |